# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 19MAG1099 |
| JASON WARD | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     JASON WARD                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252A(a)(2) (Distribution of Child Pornography)

Date:     11/22/2019

*Issuing officer's signature*

City and state:   New York, NY

Hon. Sarah Netburn, USMJ
*Printed name and title*

### Return

This warrant was received on *(date)* 12/12/19, and the person was arrested on *(date)* 12/12/19
at *(city and state)* Nashville, TN.

Date: 12/12/19

*Arresting officer's signature*

Steven McAnany  SA FBI
*Printed name and title*