UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:19-mj-2325 |
| JASON WARD | ) |
| | ) Judge Frendsley |
| | ) |

## MOTION FOR DETENTION

Pursuant to Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 3143(a), the Government moves to have the defendant detained pending extradition to the Southern District of New York pursuant to a complaint charging him with distribution of child pornography. Defendant poses a danger to others and is a risk of flight from the charges he faces in the Southern District of New York. The Government moves for a continuance of three days in order to prepare for the detention hearing.

Under Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure, the burden of establishing by clear and convincing evidence that the defendant does not pose a danger to others and will not flee rests with the defendant. Upon such a showing by the defendant, the Court may release the defendant under 18 U.S.C. § 3143(a)(1).

For these reasons, the United States respectfully requests that the defendant be detained pending the revocation hearing in this case.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney for the
Middle District of Tennessee

BY: _____
John K. Webb
Assistant U. S. Attorney
110 9th Avenue South, A961
Nashville, Tennessee 37203
Phone: 615-736-5151

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing document has been served upon counsel for the defendant, by hand-delivery, on this 12th day of December 2019.

_____
JOHN K. WEBB