UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) NO. 3:19-mj-2325 |
| JASON WARD, | ) |
| Defendant. | ) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled:

| Place: U.S. Courthouse<br>801 Broadway<br>Nashville, TN 37203 | Courtroom No: 783 |
|---|---|
| | Date and Time: 12/16/19 at 3:00 PM |

IT IS SO ORDERED.

JEFFERY S. FRENSLEY
CHIEF UNITED STATES MAGISTRATE JUDGE